IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORTHSTAR MORTGAGE CORP.,

**Plaintiff**

v.                                        **CIVIL NO.** 07-1320 (FAB)

ALFREDO PADILLA CINTRON, et al.,

**Defendants**

## ORDER

Plaintiff's Urgent Motion for Temporary Restraining Order (Docket No. 2) is hereby **DENIED**.

In addition, plaintiff shall show cause on or before **April 23, 2007** at 5:00 p.m. why this action should not be dismissed pursuant to the abstention doctrine articulated in Younger v. Harris, 401 U.S. 37 (1971).

As ordered by the Puerto Rico Court of Appeals, **and as requested by the plaintiff** in the Commonwealth Courts, a hearing is scheduled for April 20, 2007, before the Office of the Commissioner of Financial Institutions.  Therefore, plaintiff will have an opportunity to be heard and to present its version of the facts before a final determination is made by the Commissioner.

Plaintiff is hereby ordered to serve all defendants with summons, copies of all their filings, and a copy of this order by no later than **Thursday, April 19, 2007.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of April 2007.

S/ Francisco A. Besosa
FRANCISCO A. BESOSA
U.S. DISTRICT JUDGE